DMAP Pro Se: General Complaint

# United States District Court

Click here to enter text.

_____

Rev. Ryan "Sasha" Gallagher
_____
(In the space above enter the full name(s) of the plaintiff(s).)

-against-

DEA; Uttam Dhillon - Admin
FDA; Dr. Scott Gottlieb - Admin
Ole Miss;
US Attorney General

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

Case No. 3:18cv263-NBB-DAS
(To be filled out by Clerk's Office only)

## COMPLAINT

Jury Demand?
☐ Yes
☐ No
☒ retain Right

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 1 of 8

DMAP Pro Se: General Complaint

I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: ~~Mr.~~ Mr. Gallagher, Ryan A.
Name (Last, First, MI)

1723 Candleglow
Street Address

Castle Rock     Co     80108
County, City     State     Zip Code

720 369 8172     mahatmajapa@gmail.com
Telephone Number     E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Ole Miss
Name (Last, First)

PO Box 1648
Street Address

University     MS     38677
County, City     State     Zip Code

Defendant 2: DEA; Uttam Dhillon - Admin
Name (Last, First)

75 Morrissette Dr.
Street Address

Springfield     VA     22152
County, City     State     Zip Code

Page 2 of 8

**Defendant(s) Continued**

Defendant 3: FDA; Dr. Scott Gottlieb
Name (Last, First)

10903 New Hampshire Ave
Street Address

Silver Spring          MD          20993
County, City          State       Zip Code

Defendant 4: US AG
Name (Last, First)

950 Pennsylvania Ave, NW
Street Address

Washington          DC          20530
County, City        State       Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☑ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Sherman Act 15 USC §1
42 USC Chapters 21B and 21C

DMAP Pro Se: General Complaint

## III. VENUE

*This court can hear cases arising out of* Click here to enter text.

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Ole Miss is central to the case

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Ole Miss

Date(s) of occurrence: Decades, Current

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

**What happened to you?**

In 1969 after Leary v. US, 395 US 6 (1969) Marijuana was federally legal. In 1971 the UN Psychotropics Convention was signed, and the Controlled Substances Act became Law.
Ole Miss then became a Monopoly
See, www.pharmacy.olemiss.edu/marijuana/nida-contract by being given an FDA NIDA contract, awarded to no one else.

DMAP Pro Se: General Complaint

In July 2016, they ended the monopoly and created a Trust. I filed an Administrative Claim in October 2016
81 CFR 53846

In October 2017 I contacted DEA ODCP and they gave me their Religious Exemption process.
See, www.DEAdiversion.usDoJ.gov/Pubs/RFRA_Exempt_022618.pdf

My brother died in Colorado in 2013 and doctors said he could have been saved by Cannabinoids, but they were afraid of Federal Law.
So the Monopoly killed my brother, the Monopoly became a Trust 3 years later in 2016.

Was anyone else involved?

The DEA process is so slow that it caused me to be evicted almost, but I chose to leave before eviction, I became homeless 2x while waiting and have been unable to earn a living due to the CSA.
Murdock v. Pennsylvania, 319 US 105 (1943);
Perkel v. DOJ, 08-74457 (9th Cir 2009)

They also never responded to my Administrative claim, so it has been nearly 2 years. I also contacted the FDA last month, and they said they don't do Religion.
Gonzales v. O Centro, 546 US 418 (2006)

FDA has Federal Marijuana Patients,
See Irvan Rosenfeld

I have been going through this process since October 2017, with massive delays, people at the DEA retiring, and all kinds of other issues.

I am a Hindu Shaivite, we use Marijuana, particularly priests, in rituals. I am a Refugee from Texas, living in Colorado.

Upon Discovery of DEA records, any Questions about my Religion will be answered.

See, Gallagher v. US, 18cv2153 (DC 2018)
Gallagher v. FDA, 18cv2154 (DC 2018)

Who did what?

DMAP Pro Se: General Complaint

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Eviction
Homelessness
No income for 1 year
Barred from practicing Religion

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 1,000,000.00

☑ Other (explain):

Declaratory & Injunctive

Cantwell v. Connecticut, 310 US 296 (1940)
Dent v. West Virginia, 129 US 114 (1889)
Sherman Act, have newspapers publish the end of the Monopoly/Trust

DMAP Pro Se: General Complaint

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

9/24/2018
Dated

[Signature]
Plaintiff's Signature

Gallagher, Ryan A.
Printed Name (Last, First, MI)

1723 Candleglow     CastleRock     Co     80108
Address             City           State  Zip Code

720 369 8172
Telephone Number

mahatmajapa@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*



1723 Candleglow st
Castle Rock Co 80104

Federal Clerk
911 Jackson Ave
Oxford, MS 38655