IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RYAN SASHA GALLAGHER                                                             PLAINTIFF

V.                                                  CIVIL ACTION NO. 3:18CV263-NBB-DAS

DEA, FDA, OLE MISS, AND
U.S. ATTORNEY GENERAL                                                          DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated April 16, 2019, and the objections thereto, the Court finds that Plaintiff's objections are without merit, and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court, including the recommendation that the plaintiff be sanctioned with the imposition of filing restrictions as outlined in detail on pages 6 and 7 of the Report and Recommendation.

It is, therefore, **ORDERED**:

1. That Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge dated April 16, 2019, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

3. That the plaintiff is sanctioned with filing restrictions as outlined in the Report and Recommendation;

4. That this case is **DISMISSED with prejudice and CLOSED**.

**THIS** the 6th day of May, 2019.

                                              /s/ Neal Biggers
                                              NEAL B. BIGGERS, JR.
                                              UNITED STATES DISTRICT JUDGE